**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1758**

ESHAWN JESSICA SCIPIO, in her individual and official capacity,

Plaintiff - Appellant,

v.

MICHAEL BATTLE, in his individual and official capacity; ERIN O'NEAL GADDY, Esq. in her individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:25-cv-01667-JD)

Submitted:  October 16, 2025                    Decided:  October 20, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eshawn Jessica Scipio, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eshawn Jessica Scipio appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Scipio's civil complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B).[*] We have reviewed the record and find no reversible error in the district court's determination that Scipio failed to state a claim for relief. Accordingly, we affirm the district court's judgment. *Scipio v. Battle*, No. 4:25-cv-01667-JD (D.S.C. June 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is a final, appealable order because the court did not grant Scipio further leave to amend her complaint. *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).